IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


SAMUEL L. FORT,                    )
                                   )
        Plaintiff,                 )
                                   )     CIVIL ACTION NO.
        v.                         )       3:09cv281-MHT
                                   )          (WO)
MICHAEL J. ASTRUE,                 )
Commissioner of Social             )
Security,                          )
                                   )
        Defendant.                 )

                          JUDGMENT

        After an independent review of the record, it is

ORDERED as follows:

        (1) Defendant Michael J. Astrue's unopposed motion

            to reverse and remand (Doc. No. 12) is granted.

        (2) Judgment is entered in favor of plaintiff Samuel

            L. Fort and against defendant Astrue.

        (3) The decision of defendant Astrue is reversed and

            this case is remanded to him pursuant to

            sentence four of 42 U.S.C. § 405(g).

(4) The entry of this judgment shall begin the appeal period which determines its 30-day period during which a timely application for attorney's fees may be made under the Equal Access to Justice Act.

It is further ORDERED that costs are taxed against defendant Astrue, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of October, 2009.


____/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE